# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

A. vs. TERRA NIVENS　　　　　　　　　　　　　　　　Docket No. 3:00CR00263(JCH)

### PETITION ON PROBATION AND SUPERVISED RELEASE

　　**COMES NOW** Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the [cond]uct and attitude of Terra Nivens who was sentenced to 75 months' imprisonment for a violation of 21 U.S.C. §§ 846 and [841(]b)(1)(A) by the Honorable Janet C. Hall sitting in the court at Bridgeport on June 12, 2003 who fixed the period of [super]vision at 5 years which commenced on February 21, 2006 and imposed the general terms and conditions theretofore [adop]ted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a program [appr]oved by the United States Probation Office for substance abuse, either inpatient or outpatient, and submit to testing to see [if he] has reverted to the use of alcohol or drugs, as directed. The defendant shall pay all, or a portion of, the costs associated [with] treatment based on his ability to pay as determined by the probation officer; 2) the defendant shall participate in [educ]ational/vocational training as directed by the probation officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

[The d]efendant is being cited for violating the following conditions of supervised release:

**[Char]ge 1: Standard Condition:** "The defendant shall not leave the judicial district or other specified geographic area without [the p]ermission of the court or probation officer."

[The d]efendant was arrested on June 13, 2007 by the New York City Police. The defendant was never given permission to [trave]l to New York by the Probation Office.

**[Char]ge 2: Standard Condition:** "The defendant shall notify the probation officer within 72 hours of being arrested or [ques]tioned by a law enforcement officer."

[After] his arrest on June 13, 2007 by the New York City Police Department, the defendant did not notify the Probation Office [as re]quired.

**[Char]ge 3: Standard Condition:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, [use, ]distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as [presc]ribed by a physician."

[On M]ay 8, 2007, the defendant tested positive for marijuana and admitted that he had used marijuana. The Court was verbally [advis]ed of the defendant's drug use on May 15, 2007.

**[PRAY]ING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Terra Nivens to appear [before] this court at Bridgeport, Connecticut on _July 24, 2005_ at _12:15 p.m._ to show cause why supervision should [not be] revoked.

[ORD]ER OF COURT　　　　　　　　　　　　　　　　　　　Sworn to By

[Consi]dered and ordered this __18th__　　　　　　　　　　　_____
[day o]f July, 2007 and ordered filed and made　　　　　　　Joseph Zampano
[a part] of the records in the above case.　　　　　　　　　　United States Probation Officer

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Place Bridgeport, Connecticut

[The H]onorable Janet C. Hall
[United] States District Judge　　　　　　　　　　　　　　Date _July 18, 2007_

[Before] me, the Honorable Janet C. Hall United States District Judge, on this __18th__ day of July, 2007 at Bridgeport, [Conne]cticut, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in the [petition are tr]ue to the best of his knowledge and belief.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge