# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

.A. vs. TERRA NIVENS

Docket No. 3:00CR00263(JCH)

**FILED**

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

2007 JUL 20 AM 25

COMES NOW Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the duct and attitude of Terra Nivens who was sentenced to 75 months' imprisonment for a violation of 21 U.S.C. §§ 846 and (b)(1)(A) by the Honorable Janet C. Hall sitting in the court at Bridgeport on June 12, 2003 who fixed the period of ervision at 5 years which commenced on February 21, 2006 and imposed the general terms and conditions theretofore oted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a program oved by the United States Probation Office for substance abuse, either inpatient or outpatient, and submit to testing to see has reverted to the use of alcohol or drugs, as directed. The defendant shall pay all, or a portion of, the costs associated treatment based on his ability to pay as determined by the probation officer; 2) the defendant shall participate in ational/vocational training as directed by the probation officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

defendant is being cited for violating the following conditions of supervised release:

**rge 1: Mandatory Condition**: "The defendant shall not commit another federal, state, or local crime."
une 13, 2007, the defendant was arrested by the New York City Police and charged with Criminal Sale of Marijuana, 3rd ee, and Criminal Possession of Marijuana, 5th Degree.

**ge 2: Standard Condition:** "The defendant shall not leave the judicial district or other specified geographic area without ermission of the court or probation officer."
defendant was arrested on June 13, 2007 by the New York City Police. The defendant was never given permission to l to New York by the Probation Office.

**ge 3: Standard Condition:** "The defendant shall notify the probation officer within 72 hours of being arrested or tioned by a law enforcement officer."
his arrest on June 13, 2007 by the New York City Police Department, the defendant did not notify the Probation Office quired.

**ge 4: Standard Condition:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as ribed by a physician."
ay 8, 2007, the defendant tested positive for marijuana and admitted that he had used marijuana. The Court was verbally d of the defendant's drug use on May 15, 2007.

'ING THAT THE COURT WILL ORDER that this petition will serve as a summons directing Terra Nivens to appear e this court at Bridgeport, Connecticut on July 24, 2007 at 12:15 p.m. to show cause why supervision should not be ed.

:R OF COURT

dered and ordered this  20th
July, 2007 and ordered filed and made
of the records in the above case.

Sworn to By

Virginia C. Swisher
Supervising United States Probation Officer

onorable Janet C. Hall
States District Judge

Place Bridgeport, Connecticut

Date 20 July 2007

me, the Honorable Janet C. Hall United States District Judge, on this 20th day of July, 2007 at Bridgeport, cticut, Supervising U.S. Probation Officer Virginia C. Swisher appeared and under oath stated that the facts set forth petition are true to the best of her knowledge and belief.

The Honorable Janet C. Hall
United States District Judge